No. 02–1286. HOHENBERG BROS. CO. ET AL. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied. JUSTICE BREYER

took no part in the consideration or decision of this petition. ▮